## WEATHERSBEE v. TRIPP et al.
### No. 4089.

Court of Civil Appeals of Texas. El Paso.
May 1, 1941.

No appearance for appellant.
Jesse R. Orth, of Odessa, for appellees.

WALTHALL, Justice.

The transcript of record in this case was filed in this court on November 11, 1940, and was set for submission in this court for Thursday, April 24, 1941.

A final judgment was entered in this case in the District Court of Culberson County, Texas, October 23, 1940, from which judg-

ment appellant prosecuted this appeal and gave bond. Appellant has not filed a brief in this court.

The appellees have filed a motion herein that the judgment of the trial court be in all things affirmed.

We have carefully searched the record and found no fundamental error.

The case is affirmed.